THE LAW OFFICES OF

# JOSEPH A. BONDY

JOSEPH A. BONDY

1841 BROADWAY
SUITE 910
NEW YORK NY 10023
TEL 212.219.3572
JOSEPHBONDY@MAC.COM

**MEMO ENDORSED**

December 3, 2019

Hon. Richard M. Berman
Senior United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 17B
New York, N.Y. 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/19

Re:   United States v. Frank Harrison, 15-CR-388 (RMB)

Dear Judge Berman:

   I respectfully request adjournment of tomorrow's 10:00am status conference, to a date during the week of December 16, 2019.

   I apologize for making this request so close to the conference. I neglected to see this matter on my calendar until today, and have scheduled a trip to Florida, to speak at a legal conference, with a scheduled departure in the morning.

   I have asked the positions of AUSA Jason Swergold and USPO Amber Wilton on this request. AUSA Swergold does not oppose this request, but I am yet to hear back from THe Probation Department.

   Thank you in advance for consideration of this application.

Respectfully submitted,

_____/S/_____
Joseph A. Bondy

c: AUSA Jason Swergold

**Conference is adjourned to 12/17/19 at 9:30am.**

SO ORDERED:
Date: 12/3/19   *Richard M. Berman*
Richard M. Berman, U.S.D.J.