**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                            15 CR. 388 (RMB)

   -against-

                                                            **ORDER**

FRANK HARRISON,
                Defendant.
------------------------------------------------------------X

       The status conference previously scheduled for Monday, September 21, 2020 at 9:30 am is hereby rescheduled to Wednesday, September 23, 2020 at 11:00 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0388

Dated: September 18, 2020
       New York, NY

                                                             *Richard M. Berman*
                                                         _____
                                                          RICHARD M. BERMAN
                                                               U.S.D.J.