**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

   -against-

FRANK HARRISON,
                    Defendant.
------------------------------------------------------------X

15 CR. 388 (RMB)

**ORDER**

      On consent of all parties, and because of Mr. Harrison's continued compliance with supervised release for over two years, including, but not limited to, his successful completion of treatment and his steady employment and stable residence during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of supervised release effective January 15, 2021 is warranted in the instant case. The Court finds that Mr. Harrison has conducted himself in an exemplary and law abiding fashion and exceeded the expectations and requirements of his supervision. See transcript of proceedings held on January 19, 2021 for a complete record.

Dated: January 21, 2021
        New York, NY

                                              _____
                                                  RICHARD M. BERMAN
                                                      U.S.D.J.